IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICROSOFT CORPORATION                                                    PLAINTIFF

V.                              NO. 5:08CV0168 BSM

DELTA COMPUTER EXPERTS, LLC, an
Arkansas Limited Liability Company, d/b/a
DELTA COMPUTERS; and LLOYD A.
FRANKLIN, II, an individual and d/b/a
DELTA COMPUTERS                                                        DEFENDANTS

**<u>ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL</u>**

Pursuant to the court's ruling in today's show cause hearing, plaintiff's motion to compel [Doc. # 13] is granted.  Defendants are ordered to make their initial disclosures and provide complete and full answers and responses to plaintiff's discovery request within ten days from the date of this order.   If defendants fail to supply complete and full discovery within ten days, the court will determine whether to enter a default judgment in this case. Plaintiff's counsel is to submit a fee petition to the court for the time expended as a result of defendants' failure to respond to plaintiff's request for discovery.

Defendants' motion for continuance [Doc. # 16] is denied as moot.

IT IS SO ORDERED this 15 th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE