**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**MICROSOFT CORPORATION**                                                                  **PLAINTIFF**

**V.**                            **NO. 5:08CV0168 BSM**

**DELTA COMPUTER EXPERTS, LLC, an**
**Arkansas Limited Liability Company, d/b/a**
**DELTA COMPUTERS; and LLOYD A.**
**FRANKLIN, II, an individual and d/b/a**
**DELTA COMPUTERS**                                                 **DEFENDANTS**

## JUDGMENT

The plaintiff's Motion for Default Judgment and Permanent Injunction [Doc. No. 26] is granted. Pursuant to Rule 55 of the Federal Rules of Civil Procedure, a default judgment in the sum of $ 970,000 is entered against the defendants. The plaintiff is also awarded attorneys' fees and cost in the amount of $8,822.41.

The clerk is directed to send a copy of this judgment and the permanent injunction directly to the defendants and defendants' counsel.

IT IS SO ORDERED this 1st day of April, 2009.

                                                                                _____
                                                                    UNITED STATES DISTRICT JUDGE